IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PENN MILLERS INSURANCE COMPANY**                                           **PLAINTIFF**

**V.**                                    **5:06CV00222-WRW**

**HAYES MECHANICAL, INC.,**
**QUALITY BIN BUILDERS, INC., and**
**BROOKS AUTO PARTS, INC.**                                                  **DEFENDANTS**

## ORDER

The Joint Motion for Dismissal (Doc. No. 25) based on settlement is GRANTED.

Accordingly, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 10th day of December, 2007.


                                                            /s/Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE